Plaintiff Dorthy E. Stevison

Defendant
BHA (Brunswick Housing Authority)

After Brunswicks Housing failed my appartment 3 times in a row and I was forced to move out. Around about a weeks later I went back and recieved a copy of the fail - to prove the eviction was not my fault they had marked it "Passed" after I was out of it.
and it you look at Brunswicks Housing paperwork the a Final Approval date is not filled in either.

    more info to come with who
                                        what
                                          when
                                          where
                                          why's

Dorthy Stevison
Aug 31, 2011
7 McKeen St
Brunswick, ME
04611